Commonwealth ex rel. Gayuski, Appellant, v.
Gayuski.

Argued

March 21, 1973. *G. Painter*, with him *William I. English, Jr.*, and *Jonathan DeYoung*, for appellant; *Henry L. Menin*, for appellee.

Order affirmed.

WATKINS and CERCONE, JJ., would quash.